IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**,

v.

[1] FERNANDO BONILLA-MORALES

**Defendant(s).**

Case No. 3:21-cr-00145 (FAB)

**ORDER**

The Report and Recommendation filed on May 12, 2021, ECF No. 27 on defendant's Rule 11 proceeding held before Magistrate Judge Marcos E. Lopez on April 28, 2021, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant is accepted. This case was referred to the Probation Office for preparation of a Presentence Investigation Report on April 28, 2021. Pre-Sentence report filed on June 6, 2021, ECF No. 28.

**Sentencing hearing remains set for July 8, 2020 at 9:00 am before the undersigned.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of June, 2021.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
United States District Judge